# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYUDMILA GURMAN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JAGUAR LAND ROVER NORTH AMERICA, LLC; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.: CV 20-4643-GW-GJSx<br><br>Assigned to: Hon. George H. Wu<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: May 26, 2020<br>Trial: None |

## ORDER

The stipulation is granted. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED: June 10, 2021

_____
HON. GEORGE H. WU,
United States District Judge

24555549v1

1